UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERICK ROLANDO HERNANDEZ ESCOBAR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ANTONE MONIZ et al., )<br>)<br>Respondents. )<br>) | Civil No. 26-10748-LTS |

JUDGMENT

February 27, 2026

SOROKIN, J.

    Pursuant to the Court's Electronic Order dated February 13, 2026 (Doc. No. 10), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. All parties shall bear their own fees and costs.

                                                   SO ORDERED.

                                            /s/ Leo T. Sorokin
                                          United States District Judge